IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS LEE QUINE, <br> TDCJ-CID # 1223812, <br> Plaintiff, <br><br> v. <br><br> BRAD LIVINGSTON, *et al.*, <br> Defendant. | § § § § § § § § | CIVIL ACTION NO. H-06-1426 |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order on Dismissal* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 12th day of June, 2006.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE